UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES T. LONGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY LIFE ASSOCIATION and DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 2:23-cv-01608-KJM-AC<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO CONTINUE DEADLINE FOR DISPOSITIONAL DOCUMENTS TO BE FILED |

Before the Court is the parties' Joint Stipulation to Continue the Deadline for Dispositional Documents to be Filed.

For good cause shown, the Court hereby continues the deadline to file dispositional documents from February 26, 2024 to March 27, 2024.

IT IS SO ORDERED:

DATED: February 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE