UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES T. LONGO,<br><br>    Plaintiff,<br><br>    v.<br><br>FIDELITY LIFE ASSOCIATION and DOES 1 to 10,<br><br>    Defendant. | Case No. 2:23-cv-01608-KJM-AC<br><br>**ORDER RE STIPULATION TO FURTHER CONTINUE DEADLINE FOR DISPOSITIONAL DOCUMENTS TO BE FILED** |

Before the Court is the parties' Joint Stipulation to Further Continue the Deadline for Dispositional Documents to be Filed.

For good cause shown, the Court hereby continues the deadline to file dispositional documents from March 27, 2024 to April 26, 2024.

**IT IS SO ORDERED:**

Dated:  March 28, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE